**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. FISHER & FISHER, Incorporated, Respondent.**

No. 430.

Circuit Court of Appeals, Second Circuit.

July 6, 1936.

Robert H. Jackson, Asst. Atty. Gen., and Sewall Key and J. P. Jackson, Sp. Assts. to Atty. Gen., for petitioner.

Frank J. Albus, of Washington, D. C., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

**COMMISSIONER OF INTERNAL REVENUE v. James M. HARRISON.**

No. 7010.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1936.

Robert H. Jackson, Asst. Atty. Gen., for petitioner.

Paul L. Holden, of Cleveland, Ohio, for respondent.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**COMMISSIONER OF INTERNAL REVENUE v. Alfred A. HENES and John E. Henes, Trustees of Henes and Keller Company, a Trust under a Deed of Trust.**

No. 6775.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1936.

Robert H. Jackson, Asst. Atty. Gen., for petitioner.

Meredith P. Sawyer, of Menominee, Mich., for respondent.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Affirmed on the grounds and for the reasons stated in the opinion of the Board of Tax Appeals. Cf. Morrissey & O'Brien v. Commissioner, 296 U.S. 344, 56 S.Ct. 289, 80 L.Ed. 263, Swanson v. Commissioner, 296 U.S. 362, 56 S.Ct. 283, 80 L. Ed. 273, and Helvering v. Coleman-Gilbert Associates, 296 U.S. 369, 56 S.Ct. 285, 80 L.Ed. 278, decided by the Supreme Court December 16, 1935.

**COMMISSIONER OF INTERNAL REVENUE v. L. B. REAKIRT.**

No. 6896.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1936.

Robert H. Jackson, Asst. Atty. Gen., for petitioner.

John W. Peck, of Cincinnati, Ohio, for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The order of the Board of Tax Appeals is affirmed upon the authority of Kornhauser v. United States, 276 U.S. 145, 48 S.Ct. 219, 72 L.Ed. 505; Com'r of Int. Rev. v. Continental Screen Co., 58 F.(2d) 625 (C.C.A.6); and Bliss v. Com'r of Int. Rev., 57 F.(2d) 984 (C.C.A.6).